IN RE JACKSON

No. 390P86.

Case below: 80 N.C. App. 724.

Petition by Benjamin Franklin Young for discretionary review pursuant to G.S. 7A-31 denied 28 August 1986.

IN RE PROPOSED ASSESSMENT v. CAROLINA TELEPHONE

No. 431P86.

Case below: 81 N.C. App. 240.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 28 August 1986.

IN RE WHITE

No. 410P86.

Case below: 81 N.C. App. 1.

Petition by Vincent Bernard Grier for discretionary review pursuant to G.S. 7A-31 denied 28 August 1986.

MAPP v. TOYOTA WORLD, INC.

No. 452P86.

Case below: 81 N.C. App. 421.

Petition by defendant (Toyota World, Inc.) for discretionary review pursuant to G.S. 7A-31 denied 28 August 1986.

N. C. BAPTIST HOS., INC. v. HARRIS

No. 284PA86.

Case below: 80 N.C. App. 167.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 28 August 1986.